United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10195
Conference Calendar

_____

BOBBY JOE BURTON, JR.,

Petitioner-Appellant,

versus

DAN JOSLIN,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-1445
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Bobby Joe Burton, Jr., federal prisoner # 75272-079, appeals
the dismissal of his 28 U.S.C. § 2241 petition.  Burton
challenged the life sentence he received after he pleaded guilty
to conspiracy to manufacture crack cocaine and possession of
crack cocaine with intent to distribute.  Burton argues that his
challenge to his sentence falls under the savings clause of 28
U.S.C. § 2255.

Burton's challenge to his sentence is based on United States
v. Booker, 543 U.S. 220 (2005).  A claim relying on Booker does

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

not meet the requirements of § 2255's savings clause.  <u>See</u>

<u>Padilla v. United States</u>, 416 F.3d 424, 427 (5th Cir. 2005).

Accordingly, the district court did not err in dismissing

Burton's § 2241 petition.

AFFIRMED.